**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED: APRIL 10, 2008

In the Matter of                                    Case Number: 08CV2051 NF
Donald Williams                                     JUDGE KOCORAS
    -vs-                                            MAGISTRATE JUDGE ASHMAN
City of Chicago, P.O. Ronald Malczynski and P.O. Ronald Wright

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Kenneth N. Flaxman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kenneth N. Flaxman | |
| FIRM | |
| Kenneth N. Flaxman P.C. | |
| STREET ADDRESS | |
| 200 S Michigan Ave., Ste 1240 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 08830399 | (312) 427-3200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐