# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2051 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Williams vs. City of Chgo et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/12/2008. Cause is hereby dismissed without prejudice and with leave to reinstate on or before 9/16/2008 if settlement is not effectuated. Said dismissal will then become with prejudice unless the complaint is reinstated, or the time to reinstate is extended. All pending motions, if any, are moot.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | SCT |
|---|---|---|