Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2051 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Donald Williams vs. City of Chicago et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal with prejudice and with each side bearing its own costs and attorneys' fees. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

FILED
2008 JUL 21 AM 10:51
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SCT |
|---|---|---|