IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO and P.O. RONALD WRIGHT, and ) <br> P.O. RONALD MALCZYNSKI, ) <br> ) <br> Defendants. ) | NO. 08 C 2051 <br><br> JUDGE KOCORAS <br> MAGISTRATE JUDGE ASHMAN |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Donald Williams, by one of his attorneys, Kenneth N. Flaxman, and defendants, Ronald Wright and Ronald Malczynski, by one of their attorneys, Liza M. Franklin, Chief Assistant Corporation Counsel of the City of Chicago, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Donald Williams, against defendants, City of Chicago, Ronald Wright and Ronald Malczynski, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _Charles P. Kocoras_
The Honorable Judge Charles P. Kocoras
United States District Judge

DATED: JUL 21 2008

Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants
30 N. LaSalle Street/Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No.: 06216088