IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 21 2008
Judge Charles P. Kocoras
United States District Court

| | |
|---|---|
| DONALD WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO and P.O. RONALD WRIGHT, and P.O. RONALD MALCZYNSKI,<br><br>    Defendants. | NO. 08 C 2051<br><br>JUDGE KOCORAS<br>MAGISTRATE JUDGE ASHMAN |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Kenneth N. Flaxman
Attorney for plaintiff, Donald Williams
200 South Michigan Avenue/Suite 1240
Chicago, Illinois 60604
(312) 427-8200
Attorney No.: 0830399

DATE: 6/27/08

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants
30 N. LaSalle Street/Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No.: 06216088

DATE: _____